IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01709-BNB

WAYNE ALLEN SATER,

    Plaintiff,

v.

BONNER, Warden, KCCC/CCA,

    Defendant.

## ORDER OVERRULING OBJECTION

This matter is before the Court on the objection titled "Objection to BNB Orders of Deficiencies" (ECF No. 12) filed *pro se* on July 22, 2013, by Plaintiff, Wayne Allen Sater. Mr. Sater objects to Magistrate Judge Boyd N. Boland's order of June 28, 2013 (ECF No. 9) directing him to cure certain designated deficiencies.

In the June 28 order, Magistrate Judge Boland explained the deficiencies Mr. Sater needed to cure if he wished to pursue his claims in this lawsuit, and directed him to the Court's website, www.cod.uscourts.gov, for the Court-approved forms he needed to cure the deficiencies. In his objection, Mr. Sater disagrees with Magistrate Judge Boland's June 28 order.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed the file and finds that Magistrate Judge Boland's order directing Mr. Sater to cure designated deficiencies in the case is not clearly erroneous or contrary to law.

Given Mr. Sater's allegation that the prison librarian was unable to locate the proper forms on the Court's website, the Clerk of the Court will be directed to mail to Plaintiff the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

Accordingly, it is

ORDERED that the objection titled "Objection to BNB Orders of Deficiencies" filed *pro se* on July 22, 2013, by Plaintiff, Wayne Allen Sater, is overruled. It is

FURTHER ORDERED that the Clerk of the Court is directed to mail to Plaintiff, together with a copy of this order, the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. It is

FURTHER ORDERED that Mr. Sater is directed to use these Court-approved forms in curing the deficiencies designated in the order of June 28, 2013 (ECF No. 9). It is

FURTHER ORDERED that Mr. Sater will be allowed **thirty (30) days from the date of this order** in which to cure the deficiencies as directed in the June 28 order. Failure to do so within the time allowed will result in the dismissal of the instant action.

DATED at Denver, Colorado, this  26th  day of   July  , 2013.

BY THE COURT:


 s/ Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court